UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JACKSON #243078,

    Plaintiff,

v.

    Case No. 1:23-cv-259

RICKY COLEMAN,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: August 23, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge